UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROSHONE E. WASHINGTON,

            Plaintiff,

   v.

DISCOVERY CALL CENTER,

            Defendant.
_____/

NO. CIV. S-04-294 LKK/DAD

O R D E R

The above-captioned case was filed by plaintiff proceeding <u>in propria persona</u>. As such, the case was originally designated with a "ps" on the case number and the matter was referred to the assigned magistrate judge for all pretrial proceedings. Plaintiff has now substituted counsel. Accordingly, the court hereby ORDERS that:

    1. The parties shall reference the case as Civ. No. S-04-294 LKK/DAD without the "ps" designation; and

////

////

1

1     2.  The Clerk is directed to remove plaintiff Washington from
2 the service list as service is now effected upon counsel Paul Chan.
3     IT IS SO ORDERED.
4     DATED:  May 2, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT