UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROSHONE ELISE WASHINGTON,

                Plaintiff,

     v.

DISCOVERY CALL CENTER SOLUTIONS, et al.,

                Defendants.
_____/

NO. CIV. S-04-294 LKK/DAD

O R D E R

    Pursuant to court order, a Pretrial Conference is currently set for July 25, 2005. On July 11, 2005, plaintiff filed a separate pretrial statement and on July 14, 2005, plaintiff filed a document styled "Joint Statement" without the signature of counsel for defendants. Accordingly, the court hereby ORDERS as follows:

    1. The Pretrial Conference, currently set for July 25, 2005, is CONTINUED to August 8, 2005 at 2:30 p.m.;

////

1

1     2.   Defendants are ordered to SHOW CAUSE in writing within five (5) days why sanctions in the amount of One Hundred Fifty Dollars ($150.00) should not be imposed for their failure to file their separate pretrial statement as required by the court's Status Order and the Local Rules;

    3.   Counsel for all parties are ordered to SHOW CAUSE in writing within five (5) days why sanctions in the amount of One Hundred Fifty Dollars ($150.00) should not be imposed for their failure to file a Joint Pretrial Statement signed by all counsel as required by the court's Status Order; and

    4.   Defendants' separate pretrial statement and the parties' joint pretrial statement shall be filed in accordance with the Local Rules and the court's Status Order.

    IT IS SO ORDERED.

    DATED:  July 21, 2005.

                    /s/Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT

2