1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11  ROSHONE ELISE WASHINGTON,
                                              NO. CIV. S-04-294 LKK/DAD
12
              Plaintiff,
13
         v.                                         O R D E R
14
    MICHELLE BROWN; LORRAINE
15  CANADY; and DISCOVERY CALL
    CENTER,
16
              Defendants.
17  _____/

18       On July 21, 2005, defendants' counsel in the above-

19  captioned case was ordered to show cause why sanctions should not

20  be imposed for failure to timely file a separate pretrial

21  statement.  Counsel for all parties were ordered to show cause why

22  sanctions should not be imposed for their failure to file a joint

23  pretrial statement signed by all counsel as required by the court's

24  Status Order. The court is in receipt of the parties' responses.

25  ////

26  ////

                                    1

1    Plaintiff's counsel asserts that he had called and written to

2   defendant regarding the need to file the joint undisputed/disputed

3   facts, but that defendants failed to respond.  Plaintiff therefore

4   submitted the joint statement without being able to confer with

5   counsel for defendants.  Defendants' counsel, however, provided no

6   good cause for failing to file the separate pretrial statement and

7   to confer with plaintiff to allow for the filing of the joint

8   pretrial statement.  Accordingly, the court makes the following

9   ORDERS:

10    1.  No good cause being shown, counsel for defendants is

11   sanctioned in the amount of one hundred and fifty ($150.00)

12   dollars.  This sum shall be paid to the Clerk of the Court no later

13   than thirty (30) days from the effective date of this order.

14   Counsel shall file an affidavit accompanying the payment of this

15   sanction which states that it is paid personally by counsel, out

16   of personal funds, and is not and will not be billed, directly or

17   indirectly, to the client or in any way made the responsibility of

18   the client as attorneys' fees or costs.

19    2.  The order to show cause as to plaintiff's counsel is

20   DISCHARGED.

21    IT IS SO ORDERED.

22    DATED:  August 9, 2005.

23                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
24                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

25

26

2