UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROSHONE ELISE WASHINGTON,

        Plaintiff,

   v.

DISCOVERY CALL CENTER
SOLUTIONS, et al.,

        Defendants.
_____/

NO. CIV. S-04-294 LKK/DAD

O R D E R

    Pursuant to court order, a Pretrial Conference was set for August 22, 2005. PAUL CHAN and JEFF KRAVITZ appeared as counsel for plaintiff; CARL MANDABACH and STEVE SANDERS appeared as counsel for defendants. In lieu of conducting a Pretrial Conference, the parties requested that the matter be set for a Settlement Conference. All parties have stipulated to the trial judge acting as settlement judge and have waived disqualification by virtue thereof.

////

////

1

1    Accordingly, the court hereby ORDERS as follows:

2    1. A Settlement Conference is now SET before the undersigned
3 on September 12, 2005 at 3:00 p.m.

4    2. Counsel are directed to submit settlement conference
5 statements **not later than seven (7) days prior to the conference**.
6 At counsel's option, such statements may be submitted in confidence
7 pursuant to Local Rule 16-270(d).

8    3. Each party is directed to have a principal capable of
9 disposition at the Settlement Conference or to be fully authorized
10 to settle the matter on any terms and at the Settlement Conference.

11    IT IS SO ORDERED.

12    DATED: August 24, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT