1  LAW OFFICE OF PAUL CHAN
   Paul Chan (CA State Bar Assoc. No.: 189288)
2  1107 9th Street, Suite 1025
   Sacramento, CA 95814
3  Telephone:  (916) 444-3971

4  Attorneys for Plaintiff

5  SANDERS & ASSOCIATES
   Carl Mandabach (CA State Bar Assoc. No.: 117334)
6  3960 Industrial Blvd, #100
   West Sacramento, CA 95691
7  Telephone:  (916) 376-8738

8  Attorneys for Defendant

**FILED**

OCT 19 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSHONE ELISE WASHINGTON, | Case No.: CIV. S-04-0294 LKK DAD |
| Plaintiff, | STIPULATION OF DISMISSAL |
| v. | |
| DISCOVERY CALL CENTER SOLUTIONS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action be and hereby dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: October 13, 2005                By: /S/ Paul Chan
                                       Paul Chan
                                       Attorney for Plaintiff

Dated: October 17, 2005                By: /S/ Carl Mandabach
                                       Carl Mandabach

1
2 IT IS SO ORDERED
3
                                      Dismissed pursuant to
                                      Fed.Civ.P. § 41(a)(1)
4 Dated:_____
                                      JUDGE OF THE UNITED STATES DISTRICT COURT
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28